William W. R. King, by Mary L. Bucklin, His Guardian ad Litem, Respondent, v. William Muldoon, Appellant.— Judgment and order affirmed by default, with costs. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Martha Lamburn, Respondent, v. Richmond Light and Railroad Company, Appellant. Frederick Beucher, Respondent.— Judgment of the Municipal Court affirmed by default, with costs. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Louis H. Meht, Respondent, v. Lena Meht, Appellant.— Judgment affirmed by default. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Frank Paterno, Respondent, v. The City of New York, Appellant. (Action No. 2.) — Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event. Opinion by Gaynor, J.* Hirschberg, P. J., Woodward, Jenks and Miller, JJ., concurred.

Frank Paterno, Respondent, v. The City of New York, Appellant. (Action No. 3.) — Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event. Opinion by Gaynor, J.* Hirschberg, P. J., Woodward, Jenks and Miller, JJ., concurred.

Frank Paterno, Respondent, v. The City of New York, Appellant. (Action No. 5.) — Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event. Opinion by Gaynor, J.* Hirschberg, P. J., Woodward, Jenks and Miller, JJ., concurred.

Michael Rosalio, Respondent, v. The City of New York, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event. Opinion by Gaynor, J.* Hirschberg, P. J., Woodward, Jenks and Miller, JJ., concurred.

Solomon Sachs, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Order affirmed by default, with costs.— Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

The State Bank, Plaintiff, v. Solomon Feigin and Others, Defendants. Max Brimberg and Others, Plaintiffs, v. Solomon Feigin and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. Motions denied, without costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Thomas C. Watkins, Appellant, v. John Delahunty, Respondent.— Reargument ordered and case set down for Thursday, January 14, 1909. Present — Woodward, Jenks, Gaynor and Rich, JJ.

Kittie G. Wiley, Respondent, v. Nassau Electric Railroad Company and Brooklyn Heights Railroad Company, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.